Commonwealth *v.* Franchi, Appellant.

Argued June 18, 1974. *Malcolm W. Berkowitz*, with him *Berkowitz and Gutkin*, for appellant; *Vram Nedurian, Jr.*, Assistant District Attorney, with him *Ralph B. D'Iorio*, Assistant District Attorney, and *Stephen J. McEwen, Jr.*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

Commonwealth *v.* Holloway, Appellant.

Argued June 11, 1974. *Mary Bell Hammerman*, for appellant; *Maxine J. Stotland*, Assistant District Attorney, with her *Mark Sendrow*, *David Richman*, and *Steven Goldblatt*, Assistant District Attorneys, *Abraham J. Gafni*, Deputy District Attorney, *Richard A. Sprague*, First Assistant District Attorney, and *F. Emmett Fitzpatrick*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

PRICE, J., absent.